IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHIOMA OKORO, | § | |
| Plaintiff, | § § § | |
| v. | § § | 1:25-CV-501-RP |
| STATE OF TEXAS, et al., | § § | |
| Defendants. | § § | |

### ORDER

Before the Court is the report and recommendation of United States Magistrate Judge Susan Hightower concerning Plaintiff Chioma Okoro's ("Plaintiff") complaint pursuant to 28 U.S.C. § 1915(e), 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. (R. & R., Dkt. 5). In her report and recommendation, issued on May 12, 2025, Judge Hightower recommends that the Court dismiss this action pursuant to 28 U.S.C. § 1915(e)(2)(B). (*Id.* at 8). Plaintiff filed objections to the report and recommendation on June 6, 2025. (Objs., Dkt. 6).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure de novo review by the district court. 28 U.S.C. § 636(b). Although Plaintiff's objections were not timely, the Court, in its discretion, will still consider Plaintiff's objections, and the Court reviews the report and recommendation de novo. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

1

2

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Susan Hightower, (Dkt. 5), is **ADOPTED**. Plaintiff's complaint, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** on June 11, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE